■ In the Matter of WESTCHESTER ROCKLAND NEWSPAPERS, INC., Respondent, v CARL A. VERGARI, as District Attorney of the County of Westchester, Appellant. — Upon an appeal by permission, order of the Supreme Court, Westchester County (Cerrato, J.), entered July 10, 1981, affirmed, without costs or disbursements. No opinion. Appellant's time to answer is extended until 20 days after service upon him of a copy of the order to be made hereon, with notice of entry. Mollen, P. J., Hopkins, Titone, Weinstein and Bracken, JJ., concur.